IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHARON SILVERMAN                                                                PLAINTIFF

v.                                          No. 5:17CV00329 JLH

TRINITY VILLAGE; DONNA STONE,
in her individual and official capacity; and
TRINITY VILLAGE BOARD OF DIRECTORS,
in their individual and official capacities                              DEFENDANTS

**OPINION AND ORDER**

Sharon Silverman sued Trinity Village, the Trinity Village Board of Directors, and Donna Stone for race, age, and sex discrimination under Title VII, 42 U.S.C. § 1983, 42 U.S.C. § 1981, the fourteenth amendment's equal protection clause, and the Arkansas Civil Rights Act. The defendants have moved for summary judgment on all of Silverman's claims. The directors have filed a separate motion to dismiss.

Silverman does not dispute that she failed to exhaust her administrative remedies regarding her sex and age discrimination claims. She concedes that all but the sex and age discrimination claims under the Arkansas Civil Rights Act and her race discrimination claim under Title VII should be dismissed. Document #18 at 2. She also concedes that the directors should be dismissed. Document #21.

The defendants also argue that Silverman's sex and age discrimination claims under the Arkansas Civil Rights Act should be dismissed because those claims are time-barred by the statute. *See* Ark. Code Ann. § 16-123-107(c)(4). Silverman says that Arkansas law does not require her to exhaust her administrative remedies with the EEOC to preserve her Arkansas claims, which is true. Silverman could preserve her Arkansas discrimination claims either by filing suit "within ninety (90) days of receipt of a 'Right to Sue' letter or a notice of 'Determination' from the United States Equal

Employment Opportunity Commission concerning the alleged unlawful employment practice" or by filing suit "within one (1) year after the alleged employment discrimination occurred." *Id.* Silverman's race discrimination claim is preserved because she filed suit within 90 days of receiving an EEOC final determination regarding her race discrimination claim. Her sex and age discrimination claims, however, were not filed within one year of the claimed discrimination nor did she receive an EEOC final determination regarding those claims.

Silverman's claims under 42 U.S.C. § 1983, 42 U.S.C. § 1981, and the fourteenth amendment's equal protection clause are dismissed with prejudice. Her sex and age discrimination claims under Title VII and the Arkansas Civil Rights Act are also dismissed with prejudice. Silverman's race discrimination claims under Title VII and the Arkansas Civil Rights Act remain. Her claims against the directors are dismissed without prejudice.

The defendants' motion for partial summary judgment and the directors' motion to dismiss are GRANTED. Documents #8 and #15.

IT IS SO ORDERED this 17th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE